508 Pa. 359 (1985)
498 A.2d 374
COMMONWEALTH of Pennsylvania, Appellant,
v.
SMITHKLINE BECKMAN CORPORATION.
Supreme Court of Pennsylvania.
Argued September 18, 1985.
Decided October 3, 1985.
*360 Suellen M. Wolfe, Harrisburg, for appellant.
Robert R. Batt, Bonnie S. Brier, James A. Lebovitz, Ballard, Spahr, Andrews & Ingersoll, Philadelphia, for appellee.

ORDER
PER CURIAM:
Order affirmed.
FLAHERTY, J., did not participate in the consideration or decision of this case.